RECEIVED
SEP 18 2017
JAK
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

CV-AF-FN 4:17-CV-110-D

Notice of appeal filing in case Elder De Porrorora Louis J v Don C Stroud, RL Daughty, Christopher Lander aids appeal at once for case to be toward, fax, mail to Richmond VA appeal court at once, Greenville US court Greenville US court hasn't honor not a motion nothing, I have file such as hapening SBI+FBI bought into case charge file against police officer J Best for attempting murder BxE at night on me causing serious assault Battery, Brivary charge against Judge Kim'it so so many more a 12 time felon pointed brand new pistol to my head + another person head as I just got release from Jail goes home after 2 month 6 day in Jail for BtE into my home I own + live for 28 years paid tax the court did nothing filein about that happen on 11-15-2016. Judge Kim, Annetha Kim fixing case for 12 time felon christopher + so so much more appealing case file enough enough I am not working on this case any more for nothing nothing.

I had enough wasting.

two pages  9-14-2017

filein, notice of appeal 14 CV-110-D

Case isnT going no where not a motion I file been answer by any defendant in case none answer nothing alds alds answer nothing I file to them the US Court personal have file in the US Court since 1994-1995 1997-1999 in 2000 especially at time different name defendent The US Greenville Court has no concern none at all I pay $3000 a month rent while a dirty tramp 12 time felon who own nothing sell Drug, wine, Beer, whisky out of my kitchen he built a Bar whisky nothing, nothing been file with SBI or FBI as I have request several times Court has no concern

progress energy I had file $99 billion dollar law suit against Double Jeopard light Bill I just Discover in my name & Lander name Court has no concern I paid Tax & Elect., bill for 28 year I own my home,

US Court only only keep me filein, but except nothing I file alds alds answer nothing. filein, notice of appeal now without any exause, lander answer not nothing, against no motion to nothing I am not writein, any any more on this court any more for nothing

        Two pages      Elder De Fonomora Locust
                           PO Box 3622,

Alein the case 4.17-cv-110-D Elder De Ferrerrera Locust U Don E Stroud, Captain RL Daughtry Aids in before the court file a law suit filein in the issue against Judge Annetta Kini the issue claim being Obstruction of Justice annett. Kini guilty of Privary, fixing Cases for all Time over felon Christopher Lander & buker Rondy Lander a felon useing issues false state in a court case by telling lie in Court such as telling me Elder DeForrorrora Loust in District Court on 11-15-2016 if I did not except plea bargan case of me I charge with branking or entering my own home that I would not get a chance to go to Court on file some Time to July or august isnt that right she ask female DA who reply that right which was a total lie she use threating word to wrongfull unlawfully for me to except a plea Bargan treating forceful lies threaten danger words that cause fear harm especially due to the fact I had no charge no warrant no no nothing for incarceration for 2 month 6 day unlawfully incarceration into a felon cell steal door no charge no warrant, So Judge Annethe kini use threaten frigh ten word in hopefully I would except a fraud plea Bargan, by useing threaten word to cause harm, Danger, fear on rest at night as it did cause fear lost of sleep on same Time entering fearing with my peace of mine due to the langue the Judge use put fear up on me

cc Judge Annette kini
US Clerk of Court
Greenville  9-12-17  9 page

# STATE OF NORTH CAROLINA
## LENOIR County

File No. 16CR 051955

In The General Court Of Justice
[X] District [ ] Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant
DEFORRORA LOCUST name misspill name
I donot live on street I 1410 Parker avenue
STREETS OF KINSTON
KINSTON NC 28501

## CONDITIONS OF RELEASE AND RELEASE ORDER

# 16RO1015435

G.S. Chapter 15A, Art. 25, 26

Amount Of Bond: $1,500.00

not on street

Offenses And Additional File Numbers
16CR51955 MAG ORDR; M-2ND DEGREE TRESPASS; M-BREAKING OR ENTERING (M)

I was given this at time release from Jail

Location Of Court: Lenoir County Courthouse; DCR1
[X] District [ ] Superior
Date: 09/19/2016
Time: 09:00 [X] AM [ ] PM

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above
[ ] CUSTODY RELEASE [X] SECURED BOND in the amount shown above
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of: [ ] employment [ ] counseling [ ] course of study [ ] vocational training

I got this when I was release from Jan, I got when I was release

[ ] Your release is not authorized.
[ ] The defendant is required to provide (check all that apply) [ ] fingerprints under G.S. 15A-502(a1) or (a2). [ ] a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check as that apply) [ ] fingerprints. [ ] DNA sample.
[ ] This defendant has been [ ] (in charge) with a felony while on pretrial release [...] violation of probation with a pending felony [...], or prior conviction requiring registration under G.S. 14, Article [...]
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: _____

Additional Information:

wasnt Griffin a female issue tis not Griffin a female issue this

Date: 08/23/2016
Signature Of Judicial Official: JEB S. GRIFFIN
[X] Magistrate [ ] Deputy CSC [ ] Assistant CSC
[ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge

## ORDER OF COMMITMENT

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [X] produce him/her in Court as provided above.
[ ] hold him/her [ ] as provided on the attached AOC-CR-272. [ ] for the following purpose: _____
[ ] (Check in all domestic violence and stalking cases covered by G.S. 15A-534.1(b)) produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____
[ ] AM [ ] PM, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

Name Of Detention Facility: LENOIR COUNTY JAIL
Date: 08/23/2016
Signature Of Judicial Official: JEB S. GRIFFIN

## WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant

Name Of Person Agreeing To Supervise Defendant (Type Or Print) | Address Of Person Agreeing To Supervise Defendant

## DEFENDANT RELEASED ON BAIL

Date | Time | [ ] AM [ ] PM | Signature Of Jailer

AOC-CR-200, Rev. 12
© 2012 Administrative Office of the Courts

4

Page #3 will show I had a false address street street of kinston I was arrest at my 1410 parker avenue home at night when two male police officer broke in to my kitchen door by having a key made while I was unlawfully incarcerated in Jail early officer I Best I Best got my house key from Jail personal and had key match my kitchen back door use to brake in on me beat me up both office did page 2 show address street street of kinston to prevent me from being drag out of my 1410 parker avenue home, where I was so tri dangerious words she use knowingly her word was damage to me knu was aware of the harm & damage her word would cause is exzactly to force me into hopefully excepting a false scam plea bargen she and the female DA could be releave of a hearing to coverup me being false arrested drag out of my home at night to cover up for both male caucain officer both racist as they both call call me over racist Racist name it is a proven fact harm & danger came upon me Doctor, hospital nurse at Jail file prove th same the false arrest cause me med cal bills even havein pair still today have to walk with a $10.50 walking stick Be clearly understood Judge kn could done more & early To prevent me from 2 month 6 day in Jail she could prevent it she could release me several several time I went before her in the 2 month 6 day. she could release me from Jail but to tal refuse to release the Judge was part of the scam to defraud me out of my home my property, as I just so happen she cause me to pay rent each month Landa live free at my Troos home,

2. sough of the Court amount of $1800 dollar against Judge Kiri of Lenoir County and that the Judge be charge charge Brivary christopher Lander offer the brivary she exception case Lander said to the Judge let it go Just let it go she did Just that he said directly in court meaning drop case against him for assault & Battery on me Kiri did Just that Lander FTA and at a later date in June the Judge drop charges as Lander said on his faster TNP nothing nothing was said charge him for FTA not nothing no nothing, I went to police Dept & majistrate office to have the Judge charge on Brivary charge majistrate said police had to investaged police said majistrate had to file charge neither on did anything in June case violated happen Judge except brivary said in open Court Told lander now I already fix one for you Lander said to Judge let it go yea yeq But Just let it go she did Just that dismis the charge against him assault & Battery upon on me, seeking $1500 Judge Bo charge for Brivary be removed from office face charge.

charge Brivary, obstruction of Justice, fraud, brivary Conspiracy, Defraud, Cause false incarceration harm, danger, slendering, threating, shame, harm perjury lander told lies offer Brivary Judge Kiri except and so much more Kiri be remove from Fed slip

                          1 of page      US court / Judge Kiri
           9-14-17                 9-14th 2017
                          9 of page,     9-13th 2017
    9-14-2017             Elder Deforrorra Laws T
                          po Box 3622 Kinston



10

7

Westparke Inn & Suites - Kinston
4774 Highway 70 West
Kinston, NC 28504
(252) 527-1500
Printed: 11/24/2016 - 10:28am

Page 1

rent rent I paid to live here

DEFORRORRA LOCUST  Guest #10529158
1410 PARKER ST
KINSTON NC 28501

Lander live at my home

Room: 103 KNS
Daily Rate: 69.00 + Tax
Check-in: 11/16/16 1:43pm  Out: 11/25/16  Nights: 8  Guests: 1/0

unlawfully I paid rent

| | Charges | | | | | Payment | | | | |
| Date | Room | Phone | Misc. | Tax | Total | Credit | Cash | Bill | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 0.00 | 0.00 | 0.00 | 0.00 | 77.80 |
| 11/17/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 0.00 | 0.00 | 0.00 | 0.00 | 155.60 |
| 11/18/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 155.60VM | 0.00 | 0.00 | 155.60 | 77.80 |
| 11/19/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 0.00 | 0.00 | 0.00 | 0.00 | 155.60 |
| 11/20/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 0.00 | 0.00 | 0.00 | 0.00 | 233.40 |
| 11/21/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 0.00 | 0.00 | 0.00 | 0.00 | 311.20 |
| 11/22/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 311.20VM | 150.60 | 0.00 | 461.80 | -72.80 |
| 11/23/16 | 69.00 | 0.00 | 0.00 | 8.80 | 77.80 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 11/24/16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 82.80 | 0.00 | 82.80 | -77.80 |
| Total | 552.00 | 0.00 | 0.00 | 70.40 | 622.40 | 466.80 | 233.40 | 0.00 | 700.20 | -77.80 |

(Taxes - Sales Tax: $37.28, County Tax: $16.56, City Tax: $16.56)

Amount Tendered : $0.00
Change : $0.00

Check-out time: 11:00am  Check-in time: 2:00pm

Guest Signature: Elder DeForrorra Locust

because Kinston is so Danger
hotel the most safety place
I could fine to live in these mom

so are so many other folk doing the same thing
Kinston is very very Dangerious unsafe Danserious,
until I get home the hotel the safety. I could fine.

page 7

NO PETS ALLOWED
NOTICE TO GUEST: THIS PROPERTY IS PRIVATELY OWNED & OPERATED. THE MANAGEMENT RESERVES THE RIGHT TO REFUSE SERVICE TO ANYONE AND WILL NOT BE RESPONSIBLE FOR ACCIDENTS TO GUESTS OR FOR LOSS OF MONEY, JEWELRY OR VALUABLES. GUEST AGREES TO BE LIABLE FOR ALL CHARGES INCURRED INCLUDING DAMAGE TO ROOMS, GROUNDS AND CONTENTS.

8) Judge Kirk should be remove from bench on the bribary charge June 6 when the number 1 conspiracy happen christopher in June was in court on assault & battery charge against him he & brother Randy had had no place to stay that night came to my home christopher at back kitchen door trying to kick it open so he could brake into my home & stay brother Randy at front door trying to kick it open so he & christopher could come in my home stay at night they had no place to stay I call 911 they came investigate christopher & randy told lies said he was owner told lie officer knew I am owner arrested me B&E into my home now I am livein there So christopher in front of officer tried to push me down my front step got behine me officer saw him push real real hard as christopher hit me in the back & push me officer saw him a warrant was issue against christopher assault & battery go to court christopher tell Judge Kirk just drop it let it go the B&E charge against him just let it go then he said no the assault charge now just let that go the assault against him push me we in arraignment time for court christopher did not come court and I am lock up charge B&E my own home this is march 2015 new date set 6 date set again Bribery except Kirk did let it go as christopher dismiss charge against me & christopher Bribery kirk except

8 Page

Elder De Fornorrore Lewis T 9-14-17
P.O. Box 3622 Kinston

mailing first her law suit on 9/14/17

Serving Judge her copy of law suit also
9-14-2017 serving her again on 9-14-2017

let me be understood now postal worker mailing mail
To public Safety police Dept PO Box 339
To police Dept box 339

All mail for sheriff Dept PO Box 3289
iss right add

police Dept Box 339 L
Sheriff  PO BOX 3289
right number to USP
339 police
Sheriff Box 3289 are right mailing,