UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ELDER DEFORRORA LOCUST ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 4:17-CV-131-FL |
| ANNETHA KIRI, *Judge* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 18, 2018, and for the reasons set forth more specifically therein, that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to serve the complaint on defendant within 90 days of the date of commencement of the action and for failure to respond to the show cause order.

**This Judgment Filed and Entered on February 14, 2018, and Copies To:**
Elder Deforrora Locust (via U.S. Mail) P O Box 3622, Kinston, NC 28501

February 14, 2018           PETER A. MOORE, JR. CLERK
                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk